entry, upon payment of said costs. No opinion. Present — Martin, P. **J.,** McAvoy, O'Malley, Townley and Glennon, JJ.

COMPANIA " RON BACARDI," S. A., Appellant, v. WIVEL RESTAURANT, INC., Respondent.— Order denying plaintiff's motion for an injunction *pendente lite* unanimously affirmed, with twenty dollars costs and disbursements, and the cause set down for trial for April 6, 1936. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

COMPANIA " RON BACARDI," S. A., Appellant, v. B. P. HOTEL Co., INC., Respondent.— Order denying plaintiff's motion for an injunction *pendente lite* unanimously affirmed, with twenty dollars costs and disbursements, and the cause set down for trial for April 6, 1936. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

TIMES AMUSEMENT CORPORATION, Suing in Behalf of Itself and All Others Similarly Situated, Appellant, v. PAUL MOSS, as Commissioner of Licenses of the City of New York, Respondent.— Order, as resettled, so far as appealed from, denying plaintiff's motion for an injunction *pendente lite* unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EASTERN STATES PETROLEUM COMPANY, Respondent, v. WARNER-QUINLAN COMPANY, Appellant, Impleaded with Others.— Order denying motion of defendant-appellant for an order vacating and setting aside order granting plaintiff's motion for summary judgment against said defendant and denying motion to vacate and set aside the judgment entered thereon, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH M. RUBIN, Appellant, v. HUDSON AND MANHATTAN RAILROAD COMPANY, Respondent.— Order denying plaintiff's motion for examination of defendant before trial unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH BROWN, Suing on Behalf of Himself and All Other Stockholders Similarly Situated of the First National Bank of Rockville Centre, Appellant, v. FIRST NATIONAL BANK OF ROCKVILLE CENTRE and Others, Respondents, Impleaded with Others.— Order granting motion of defendants-respondents for a change of venue from the county of New York to the county of Nassau unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOHN MULROY, Respondent, v. FRANK GABRIEL, SR., Defendant, Impleaded with FRANK GABRIEL, JR., Individually and as Copartners, Doing Business under the Firm Name and Style of FRANK GABRIEL, Appellant.— Order granting plaintiff's motion for a preference and placing cause on the reserve calendar, part II, for March 6, 1936, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

NEBOH KOSHER PROVISION Co., INC., Appellant, v. WEITZMAN BROS., INC., and Others, Defendants, Impleaded with ANNA BROOKS, Respondent — Order denying plaintiff's motion to vacate a stipulation of discontinuance entered into in open court on December 12, 1935, unanimously affirmed, with twenty dollars